# EXHIBIT A

Gene J. Goldsman, Esq. SBN-76554
LAW OFFICES OF GENE J. GOLDSMAN
501 Civic Center Drive
Santa Ana, CA 92701
Phone 714-541-3333 | Fax 714-541-0456
ESERVICE@GJGLAW.COM
Attorneys for Richard Spence, Lisa Spence

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO

JUL 1 1 2023

BY: _____
ABRIANNA RODRIGUEZ, DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN BERNARDINO

| RICHARD SPENCE; LISA SPENCE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO; AND DOES 1 TO 100, INCLUSIVE,<br><br>Defendant | Case No.: CIVSB 2315482<br><br>PLAINTIFFS' COMPLAINT<br>1. VIOLATION OF CIVIL RIGHTS 42 U.S.C. §1983<br>2. NEGLIGENCE<br>3. FALSE IMPRISONMENT<br>4. ASSAULT<br>5. BATTERY |
|---|---|

COMES NOW Plaintiffs RICHARD SPENCE; LISA SPENCE (hereinafter "Plaintiffs"), for causes of action against Defendants, and each of them, allege as follows:

### INTRODUCTION

1. This is an action for money damages against CITY OF SAN BERNARDINO; and DOES 1 to 100, acting as peace officers of the CITY of SAN BERNARDINO and the CITY OF SAN BERNARDINO itself.

2. At all times herein mentioned, Defendants, and each of them, were the agents, employees and principals of the remaining Defendants, and in doing the acts herein alleged, acted within such capacity, and within the scope and authority of such agency and employment.

### JURISDICTION

3. This action is brought pursuant to 42 U.S.C. §§1983 and 1988 and the Fourth, Fifth, Eight, and Fourteenth Amendments to the United States Constitution. Jurisdiction is founded upon 28 U.S.C. §§ 1331 and 1343, and the aforementioned statutory and constitutional provisions. Plaintiff further invokes pendant jurisdiction of this Court to

PLAINTIFFS COMPLAINT - 1



hear and decide claims under state law. Plaintiff has properly and timely filed a tort Claim with the City of San Bernardino on or about March 27, 2023, and it was rejected by operation of law 45 days later on or about May 12, 2023.

### PARTIES

4. Plaintiff RICHARD SPENCE is and was at all material times herein a citizen of the United States of America and a resident of the City and County of San Bernardino, in the State of California.

5. Plaintiff LISA SPENCE is and was at all material times herein a citizen of the United States of America and a resident of the City and County of San Bernardino, in the State of California.

6. Defendant CITY OF SAN BERNARDINO is a municipality duly incorporated under the laws of the State of California.

7. At all times mentioned herein Defendants, DOES 1 to 100, were duly appointed as officers of the Defendant CITY OF SAN BERNARDINO and were there and then acting as police officers and/or corrections officers of the CITY OF SAN BERNARDINO.

8. At all times mentioned herein Defendants, and DOES 1 to 100, and each of them were acting under the color of law, in their positions as CITY of SAN BERNARDINO police officers, and under color of statutes, ordinances, regulations, policies, customs, and usage of the State of California and of the CITY OF SAN BERNARDINO.

9. Plaintiff is ignorant of the true names and capacities of Defendants sued herein as DOES 1 to 100, and therefore sues these Defendants by such fictitious names and will ask leave to amend this complaint to insert the true names and capacities when the same are ascertained. Plaintiffs allege that said unknown Defendants, and each of them, individually and collectively, are also responsible for the wrongful acts and omissions alleged herein, and are in some manner liable and responsible to Plaintiff as herein alleged.

PLAINTIFFS COMPLAINT - 2

# FIRST CAUSE OF ACTION

## VIOLATION OF THE FOURTH, FIFTH, EIGTH, AND FOURTEENTH AMENDMENTS OF THE U.S. CONSTITUTION UNDER 42 U.S.C. §1983

### (AS TO ALL DEFENDANTS)

10. Plaintiffs re-allege and incorporate by reference all preceding and subsequent paragraphs of this Complaint which are incorporated by reference as if set forth in full herein.

11. At all times mentioned herein, Defendants, and each of them, were duly sworn officers and/or employees and/or agents of the CITY OF SAN BERNARDINO and were at all times relevant herein acting as Officers/employees/agents of the CITY OF SAN BERNARDINO POLICE DEPARTMENT.

12. On or about October 27, 2022, CITY OF SAN BERNARDINO and its duly sworn peace officers DOES 1 to 100 executed a search warrant # 22-11955 on the residence of Plaintiffs RICHARD SPENCE and LISA SPENCE at or near 1588 W. Gilbert St. San Bernardino 92411.

13. The Search Warrant included personal property showing possession ownership and control of the premises storage areas and keys for areas that were locked, any and all weapons, any and all cellular phones, tablets, laptop, desktops, digital media compact discs, DVD's thumb drives, all vehicles associated with the residence or occupants, as well as clothing of Lee. The search was broad in scope and for the purposes of finding items used in crimes of Lee Spence.

14. Police injured Plaintiff LISA SPENCE wrists and shoulders when they forced her to the ground during the search. Plaintiff RICHARD SPENCE also was injured during the search of his wrists and shoulders. At no time did Plaintiffs resist arrest in any way shape, form, or fashion. Officers used excessive force upon the Plaintiff without justification and in excess of the litigation privilege.

15. All the screens on the windows were broken and glass covered the floor from the windows. The back door was broken by police and much personal property including clothing, the curtains and rods, 2 television sets and the carpet was burned in places.

PLAINTIFFS COMPLAINT - 3

Further all security cameras and the air conditioning units were broken by police during the search.

16. Defendants DOES 1 to 100 were acting in the course and scope of their employment and under color of law of the CITY OF SAN BERNARDINO, and more specifically CITY OF SAN BERNARDINO POLICE DEPARTMENT, and under the knowledge that it would be highly unlikely that they would be punished.

17. By the actions and omissions described above, Defendants and each of them acting under color of law deprived the Plaintiff's of the following clearly established and well-settled constitutional rights:

   a. Freedom from the use of excessive and unreasonable force under the 4th amendment;
   b. Freedom from deprivation of liberty or property and excessive and abusive physical treatment that "shocks the conscience" without due process of law under the 14th amendment due process clause and which also applies the 5th amendment due process clause;
   c. Freedom from cruel and unusual treatment under the 8th amendment;
   d. Freedom from summary punishment; and
   e. Freedom from torture.

18. Defendants, and each of them, including CITY OF SAN BERNARDINO, acting in concert with each other and under the color of law, subjected Plaintiffs to the deprivations of their rights, negligently and maliciously and with deliberate indifference and reckless disregard to their life, liberty and safety and for the violation of Plaintiff's rights by their actions, and in doing the acts and omissions set forth herein intended to injure and punish Plaintiffs and cause them great pain and suffering and physical injury and emotional pain and suffering and deprived them of their rights under color of law, and such conduct was malicious, oppressive and despicable and Plaintiff should be awarded reasonable damages against Defendants according to proof.

19. As a direct and proximate result of the acts and omissions of the said Defendants, and each of them, and DOES 1 to 100, Plaintiffs suffered severe injuries including both wrists

PLAINTIFFS COMPLAINT - 4

1  and both shoulders and have been forced to endure great permanent pain and mental
2  suffering and were deprived of their physical liberty and was forced to incur medical and
3  hospital expenses.
4  20. In order to prosecute this action and to vindicate their rights, Plaintiffs have had to retain
5  and use the services of attorneys and Plaintiffs hereby request that they be awarded costs,
6  and reasonable attorney's fees.
7  21. DOES 1 to 100 committed the acts and omissions set forth herein intentionally, wantonly,
8  willfully, maliciously and expressly and with the intent to cause and inflict pain and
9  injury to Plaintiff, and such acts were tolerated and encouraged by CITY OF SAN
10 BERNARDINO, the acts of Defendants, and each of them, set forth above justify an
11 award of exemplary and punitive damages against Defendants, and each of them.
12 22. Defendants and each of them including their employees/agents Defendants DOES 1 to
13 100 should be held personally liable pursuant to Federal Law and California Government
14 Code §§844.6(d), 815, 815.2, 820, 820.4, 820.8 and 815.6. All references to personal
15 liability in the complaint also means individual liability.

## SECOND CAUSE OF ACTION
## NEGLIGENCE
## (AS TO ALL DEFENDANTS)

23. Plaintiffs reallege and incorporate by reference all preceding and subsequent paragraphs
of this Complaint which are incorporated by reference as if set forth in full herein.
24. Defendant CITY OF SAN BERNARDINO had a duty of reasonable care to train its
peace officers DOES 1 to 100 reasonably so that they would not use military style tactics
that would brutalize citizens and deprive them of their constitutional rights during an
search and seizure of the premises and depriving them of their personal liberty when they
were not resisting detainment or arrest in any way shape of form.
25. Defendant CITY OF SAN BERNARDINO failed in its duty of reasonable care when it
did not provide sworn peace officers with proper policing tactics that were consistent
with the freedoms of the fourth, fifth, eight, and fourteenth amendment instead, the police

PLAINTIFFS COMPLAINT - 5

kicked in the door, broke all windows, seized all aforementioned property in the warrant and damaged the residence extensively during the search. This was a violation of Plaintiffs Constitutional rights and individual liberties and was done so negligently, recklessly, carelessly and unreasonably by DOES 1 to 100.

26. Defendant CITY OF SAN BERNARDINO's negligent acts and omissions and lack of proper training of its peace officers was an actual and proximate cause of the injuries to PLAINTIFFS RICHARD AND LISA SPENCE.

27. DEFENDANTS, and each of them, knew or should have known that the aforementioned reckless, unreasonable, careless, and negligent acts and omissions in their policing would cause Plaintiffs injury, harm, and damages to their person and personal/real property, and did in fact directly and proximately cause such injury and damages.

28. As a proximate result thereof, Plaintiff suffered the injuries and damages set forth herein. Defendants, and each of them, should be held personally liable and officially liable pursuant to California Government Code §844.6(d), 815 et seq., 815.2, 820 et seq., 820.4, 820.8, and 815.6 and Civil Code §1714 et seq. *Scruggs v. Haynes* (1967) 252 Cal. App. 2d 256; *Blakenhorn v. City of Orange*, 485 F.3d 463 (9th Cir. 2007).

### THIRD CAUSE OF ACTION
### FALSE IMPRISONMENT AND ARREST
### (AS TO DEFENDANTS DOES 1 TO 100)

29. Plaintiffs reallege and incorporate by reference all preceding and subsequent paragraphs of this Complaint which are incorporated by reference as if set forth in full herein.

30. Defendants DOES 1 to 100 illegally and improperly, under the color of law, falsely imprisoned and arrested Plaintiffs in violation of their personal liberties.

31. Defendants and each of them intended, and knew or should have known that their actions and omissions as set forth above, would cause Plaintiff to suffer great and extreme emotional distress.

32. As a proximate cause of the acts and omissions set forth above, Plaintiff has suffered great and extreme emotional distress, and suffered the damages aforesaid.

PLAINTIFFS COMPLAINT - 6

33. Defendants DOES 1 to 100, by their actions and lack of actions, assisted in and aided in the commission of False Imprisonment and arrest against the Plaintiffs. Such acts and omissions were done with malice, oppression, and were done in the conscious disregard of the rights and safety of Plaintiff warranting punitive damages pursuant to Civil Code §3294.

### FOURTH CAUSE OF ACTION

### ASSAULT

### (AS TO DEFENDANTS DOES 1 TO 100)

34. Plaintiffs reallege and incorporate by reference all preceding and subsequent paragraphs of this Complaint which are incorporated by reference as if set forth in full herein.

35. Defendants DOES 1 to 100, officers for the Defendant CITY OF SAN BERNARDINO, continually placed Plaintiffs in apprehension and fear of an imminent use of force upon their bodies.

36. As a direct and proximate result of these assaults, Plaintiffs have suffered the damages aforesaid.

37. Defendants, and each of them, DOES 1 to 100, by their actions and lack of actions, assisted in and aided in the commission of Assault against Plaintiff.

38. Such acts and omission were done with malice, oppression, and were done in conscious disregard of the rights and safety of Plaintiffs, warranting punitive damages pursuant to Civil Code §3294.

////

////

////

PLAINTIFFS COMPLAINT - 7

## FIFTH CAUSE OF ACTION
## BATTERY
### (AS TO DOES 1 to 100)

39. Plaintiffs reallege and by reference all preceding and subsequent paragraphs of this Complaint which are incorporated by reference as if set forth in full herein.

40. Defendants DOES 1 to 100, officers for Defendant CITY OF SAN BERNARDINO, continually committed willful and unlawful use of force and violence upon the person of the Plaintiffs.

41. As a Proximate result of these batteries and contacts, Plaintiffs have suffered the damages aforesaid.

42. Defendants, DOES 1 to 100, Officers for Defendant, CITY OF SAN BERNARDINO, by their actions and lack of actions, assisted in and aided in the commission of batteries against Plaintiffs.

43. Such acts and omissions were done with malice, oppression and were done in conscious disregard of the rights and safety of Plaintiff, warranting punitive damages pursuant to Civil Code §3294.

PLAINTIFFS COMPLAINT - 8

WHEREFORE, Plaintiff requests judgment as follows

1. Compensatory and general damages against Defendants and each of them, in a sum according to proof;
2. Special damages according to proof;
3. Punitive and exemplary damages according to proof;
4. Attorneys fees pursuant to 42 U.S.C. §§1983, 1988 according to proof;
5. Costs of this action;
6. Such other and further relief as this court may deem appropriate.

A Jury Trial is hereby demanded.

July 10, 2023,                     LAW OFFICES OF GENE J. GOLDSMAN

*[signature]*

Gene J. Goldsman, Esq.
Attorney for Plaintiffs